EMANUEL ALEXIADIS, Appellant, *v.* ABRAHAM B. SCHEU-MANN, Respondent, Impleaded with Another.

(Argued October 21, 1931; decided November 17, 1931.)

*Gustave B. Garfield* and *Maurice V. Seligson* for appellant.

*Louis Rosenberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.